JACOB SIDER, SBN 236084
LAW OFFICES OF JACOB SIDER
5581 TAFT AVENUE
OAKLAND, CA 94618
(510) 287-6249
Fax (510) 356-2792
jacobsider@gmail.com
Attorney for PLAINTIFF
CHRISTINE DO CHUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| CHRISTINE DO CHUNG, <br> an individual, <br> Plaintiff, <br> vs. <br> U.S. BANK, N.A., & DOES 1 through 20, inclusive, <br> Defendants. | Case No.: 10-C-02065 CRB <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL** |

Whereas Plaintiff Christine Do Chung caused a complaint to be filed and served against Defendant U.S. Bank, N.A. in San Francisco Superior Court; case number CGC-10-498671, Defendant removed the matter to this Court; case number 10-C-02065 CRB, and the parties have settled and now through their counsel stipulate that this entire case be dismissed with prejudice as to all Defendants, each side to bear their own costs and fees.

August 20, 2010

_____
Jacob Sider, attorney for Christine Do Chung

August 23, 2010

_____
Kathryn Walter, Attorney for U.S. Bank, N.A.

JOINT STIPULATION AND ORDER OF DISMISSAL - 1

1  IT IS ORDERED that this entire case be dismissed with prejudice as to all Defendants, each
2  side to bear their own costs and fees.

4  August __24__, 2010

     HONORABLE CHARLES R. BREYER
     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

JOINT STIPULATION AND ORDER OF DISMISSAL - 2